AO 93 (Rev. 5/85) Search Warrant

# United States District Court

FOR THE DISTRICT OF MASSACHUSETTS

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

The Gateway laptop computer, Model Number MX3225, bearing serial number N636371018823.

**SEARCH WARRANT**

CASE NUMBER: 07-1627-TSH

TO: U.S. Secret Service special agents _____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _____ Special Agent Trent Everett _____ who has reason to
Affiant

believe that ☐ on the person of or ☑ on the premises know as (name, description and/or location)
The Gateway laptop computer, Model Number MX3225, bearing serial number N636371018823.

in the _____ District of Massachusetts _____ there is now concealed a certain person or property, namely (describe the person or property)
The items described in Attachment B

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____ April 9, 2007 _____
Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime--6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~, and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____ Hon. Timothy S. Hillman _____
as required by law.
U.S. Judge or Magistrate

March 30, 2007  2:25 p.m.      at Boston, Massachusetts
Date and Time Issued                City and State

Hon. Timothy S. Hillman, U.S. Magistrate
Name and Title of Judicial Officer          Signature of Judge

AO 93 (Rev. 2/90) Search Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>3.30.07 | DATE AND TIME WARRANT EXECUTED<br>4-2-07 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF<br>Special Agent Trent Everett | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT | | |

Computer imaged. See attached report for documents located on computer.

NOT USED

**CERTIFICATION**

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subcribed, sworn to and returned before me this date.

_[signature]_ 10/20/10
U.S. Judge or Magistrate / Date

## D Volume

Volume
File System:            NTFS                          Drive Type:        Fixed
Sectors per cluster:    8                             Bytes per sector:  512
Total Sectors:          107,844,345                   Total Capacity:    55,216,304,128 bytes (51.4GB)
Total Clusters:         13,480,543                    Unallocated:       43,186,094,080 bytes (40.2GB)
Free Clusters:          10,543,480                    Allocated:         12,030,210,048 bytes (11.2GB)
Volume Name:                                          Volume Offset:     9,349,830
Driver Information:     NTFS 3.1 Chkdsk 0

## Operating System Info

```
Product Name:                    Microsoft Windows XP
Current Version:                 5.1
Registered Owner:
Registered Organization:
System Root:                     C:\WINDOWS
Current Build Number:            2600
Path Name:                       C:\WINDOWS
Product ID:                      76477-OEM-0011903-00103
Last Service Pack:                        Service Pack 2
Product Key:
VersionNumber:
Source Path:                     C:\WINDOWS\I386
Install Date:                    05/08/06 11:54:11PM
Last Shutdown Time:              02/03/07 02:04:29AM
```

## Account Info

```
User name: Administrator

     Full Name:
     Type of User:                     Local User
     Account Description:              Built-in account for administering the
     computer/domain
     Primary Group Number:             513
     Security Identifier:              S-1-5-21-3506828543-3700862382-722269116-500
     User belongs to group:            Administrators
     Logon Script:
     Profile Path:
     Last Logon:
     Last Password Change:             11/07/06 09:40:41PM
     Last Incorrect Password Logon:




User name: ASPNET

     Full Name:                        ASP.NET Machine Account
     Type of User:                     Local User
     Account Description:              Account used for running the ASP.NET worker
     process (aspnet_wp.exe)
     Primary Group Number:             513
     Security Identifier:              S-1-5-21-3506828543-3700862382-722269116-1006
     User belongs to group:            Users
     Logon Script:
     Profile Path:
```

```
Last Logon:
Last Password Change:              11/07/06 09:40:41PM
Last Incorrect Password Logon:



User name: Guest

    Full Name:
    Type of User:                  Local User
    Account Description:           Built-in account for guest access to the
    computer/domain
    Primary Group Number:          513
    Security Identifier:           S-1-0-0-0-0-0-0
    User belongs to group:         Guests
    Logon Script:
    Profile Path:
    Last Logon:
    Last Password Change:          11/07/06 09:40:41PM
    Last Incorrect Password Logon:



User name: HelpAssistant

    Full Name:                     Remote Desktop Help Assistant Account
    Type of User:                  Local User
    Account Description:           Account for Providing Remote Assistance
    Primary Group Number:          513
    Security Identifier:           S-1-5-21-3506828543-3700862382-722269116-1005
    Logon Script:
    Profile Path:
    Last Logon:
    Last Password Change:          11/07/06 09:40:41PM
    Last Incorrect Password Logon:



User name: Owner

    Full Name:
    Type of User:                  Local User
    Account Description:
    Primary Group Number:          513
    Security Identifier:           S-1-5-21-3506828543-3700862382-722269116-1003
    User belongs to group:         Administrators
    Logon Script:
    Profile Path:                  D:\Documents and Settings\Owner
    Last Logon:                    02/03/07 01:39:16AM
    Last Password Change:          11/07/06 09:40:41PM
    Last Incorrect Password Logon:



User name: SUPPORT_388945a

    Full Name:                     CN=Microsoft
    Corporation,L=Redmond,S=Washington,C=US
    Type of User:                  Local User
    Account Description:           This is a vendor's account for the Help and
```

```
    Support Service
    Primary Group Number:              513
    Security Identifier:               S-1-5-21-3506828543-3700862382-722269116-1002
    User belongs to group:             HelpServicesGroup
    Logon Script:
    Profile Path:
    Last Logon:
    Last Password Change:              11/07/06 09:40:41PM
    Last Incorrect Password Logon:


User name: systemprofile

    Full Name:
    Type of User:                      Domain User
    Account Description:
    Primary Group Number:              0
    Security Identifier:               S-1-5-18
    Logon Script:
    Profile Path:                      WINDOWS\system32\config\systemprofile
    Last Logon:
    Last Password Change:
    Last Incorrect Password Logon:


User name: LocalService

    Full Name:
    Type of User:                      Domain User
    Account Description:
    Primary Group Number:              0
    Security Identifier:               S-1-5-19
    Logon Script:
    Profile Path:                      D:\Documents and Settings\LocalService
    Last Logon:
    Last Password Change:
    Last Incorrect Password Logon:


User name: NetworkService

    Full Name:
    Type of User:                      Domain User
    Account Description:
    Primary Group Number:              0
    Security Identifier:               S-1-5-20
    Logon Script:
    Profile Path:                      D:\Documents and Settings\NetworkService
    Last Logon:
    Last Password Change:
    Last Incorrect Password Logon:
```

## EVIDENCE

### Alejandro Ramos

1) Soto\Soto's Gateway Laptop 60GB\D\Documents and Settings\Owner\My Documents\My Pictures\lastscan.jpg



### Expedia.com Account

2) Soto\Soto's Gateway Laptop 60GB\D\Documents and Settings\Owner\My Documents\expedia.htm

### Floor Plan Diagram

3) Soto\Soto's Gateway Laptop 60GB\D\Documents and Settings\Owner\My Documents\My Pictures\raque;.bmp



### Gregory Bradley

4) Soto\Soto's Gateway Laptop 60GB\D\Documents and Settings\Owner\My Documents\My Pictures\COMCAST.bmp



5) Soto\Soto's Gateway Laptop 60GB\D\Documents and Settings\Owner\My Documents\My Pictures\theneww2.bmp



6) Soto\Soto's Gateway Laptop 60GB\D\Documents and Settings\Owner\My Documents\My Pictures\PAYSTUBB.bmp

7) Soto\Soto's Gateway Laptop 60GB\D\Documents and Settings\Owner\My Documents\My Pictures\W2.jpg



## Manuel Shower

8) Soto\Soto's Gateway Laptop 60GB\D\Documents and Settings\Owner\My Documents\My Pictures\shower.bmp



## MLS Listing

9) Soto\Soto's Gateway Laptop 60GB\D\Documents and Settings\Owner\My Documents\H3MLS - Report for MLS # 70426960.htm

## Register Numbers

10) Soto\Soto's Gateway Laptop 60GB\D\Documents and Settings\Owner\My Documents\My Pictures\NUMB.bmp

```
              411.04
  -10.00
   -5.20            411.04
  -51.38*
  -87.25    30.00      0.75
 -357.94    37.36     18.79
   -5.00*    3.92    130.50
          261.64
            7.30
```

## W-2

11) Soto\Soto's Gateway Laptop 60GB\D\Documents and Settings\Owner\My Documents\scan.pdf

**USSS Case #102-724-59342-S**

| Soto, Steven | Page 7 |
|---|---|

12) Soto\Soto's Gateway Laptop 60GB\D\Documents and Settings\Owner\My Documents\w22.pdf

13) Soto\Soto's Gateway Laptop 60GB\D\Documents and Settings\Owner\My Documents\w2.JPG